IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. Brenda Smith and )<br>Vickie Williams, )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>VIRGINIA COLLEGE and )<br>EDUCATION CORPORATION OF )<br>AMERICA, )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:13cv547-MHT<br>(WO) |

ORDER

Based on the representations made on-the-record on December 10, 2014, it is ORDERED that the motion to dismiss (doc. no. 26) is denied. See United States ex rel. Powell v. Am. Intercontinental Univ., Inc., 2010 WL 2245574, at *2-*3 (N.D. Ga. 2010) (Story, J.); see also United States ex rel. Main v. Oakland City Univ., 426 F.3d 914 (7th Cir. 2005); United States ex rel. Hendow v. Univ. of Phoenix, 461 F.3d 1166 (9th Cir. 2006); United States ex rel. Torres v. Kaplan Higher

<u>Educ. Corp.</u>, 2011 WL 3704707, at *3 n.5 (S.D. Fla. 2011) (Seitz, J.).

DONE, this the 10th day of December, 2014.

                            /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**