IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. Brenda Smith and )<br>Vickie Williams, )<br>　　　　　　　　　　　　　　)<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　)<br>VIRGINIA COLLEGE and )<br>EDUCATION CORPORATION OF )<br>AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　　Defendants. ) | CIVIL ACTION NO.<br>2:13cv547-MHT<br>(WO) |

**JUDGMENT**

The court having been informed that this cause is now settled as to the claims of relator Vickie Williams, it is the ORDER, JUDGMENT, and DECREE of the court that all claims of relator Vickie Williams are dismissed with prejudice and relator Williams is terminated, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within

49 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

It is further ORDERED that all outstanding motions are denied as moot as to relator Williams only.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.  The claims of relator Brenda Smith remain pending.

DONE, this the 12th day of November, 2015.

                                            /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**