IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA;<br>BRENDA SMITH; AND VICKIE<br>WILLIAMS,<br><br>     Plaintiffs,<br><br>v.<br><br>VIRGINIA COLLEGE, LLC AND<br>EDUCATION CORPORATION OF<br>AMERICA,<br><br>     Defendants. | CASE NO.:<br>2:13-CV-00547-MHT-CSC<br>(WO) |

## JUDGMENT GRANTING JOINT STIPULATION OF DISMISSAL

This matter came before the Court on Relator/Plaintiff Vickie Williams' and Defendants Virginia College, LLC ("Virginia College") and Education Corporation of America's ("ECA") (collectively, "Defendants") Joint Stipulation of Dismissal with Prejudice as to Relator Williams. The Court, having considered the Joint Stipulation, finds that it is due to be granted.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Joint Stipulation for Dismissal (doc. no. 99) is GRANTED, that all counts and claims of the Complaint herein are DISMISSED WITH PREJUDICE AS TO RELATOR WILLIAMS, that Relator Williams is terminated as a party, and that each party shall bear its own costs. The Court shall retain jurisdiction over the above matters for the purpose of enforcing the Settlement Agreement and General Release entered into by the parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE this 30th day of November, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE